IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO ARCHER,

    Petitioner,                  No. CIV S-06-2800 DFL CMK P

    vs.

THE DEPARTMENT OF
MENTAL HEALTH, et al.,

    Respondents.            ORDER

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request for the appointment of counsel. In his application, petitioner challenges a conviction issued by the Kings County Superior Court. Kings County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not rule on petitioner's request for the appointment of counsel.

/////

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This court has not ruled on petitioner's request for the appointment of counsel;

3  2. This action is transferred to the United States District Court for the Eastern

4  District of California sitting in Fresno; and

5  3. All future filings shall reference the new Fresno case number assigned and

6  shall be filed at:

7  United States District Court
   Eastern District of California
8  2500 Tulare Street
   Fresno, CA 93721

9

10  DATED: January 3, 2007.

11

12  _____
    **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE
13

/bb
14  arch 06cv2800.109

15

16

17

18

19

20

21

22

23

24

25

26

2